BEFORE THE THIRD DIVISION, APRIL 22, 1963

No. 67616.—H. L. Moore Drug Exchange v. United States, protest 62/5964 (New York).

Opinion by JOHNSON, J.  At the trial, it was stipulated that at the time of liquidation there was no compliance with the applicable customs regulations, but that said regulations have now been complied with, to the extent that part of the merchandise, worth $7,000, consisted of American goods returned. Accordingly, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry and refund all duty taken upon such part of the merchandise as is worth $7,000.

No. 67617.—Karl Schroff & Associates, Inc. v. United States, protest 62/10042–12509 (Chicago).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bubble gum similar in all material respects to that the subject of Fred L. Strauss v. United States (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 24, 1963

No. 67618.—Williams, Clarke Co. and Felix Glatz Import Co., Inc., et al. v. United States, protests 59/12825, etc. (Los Angeles).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in Falcon Sales Company and J. J. Murphy & Co. v. United States (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.